WILLIAM W. L. GLENN ET AL. *v.* INLAND WETLANDS AND WATER COURSES COMMISSION OF THE CITY OF WEST HAVEN ET AL.

The petition of the defendants Oronoque Development and Oronoque Forest, Inc. for certification for appeal from the Superior Court in the judicial district of New Haven is denied by the court.

*Bernard Green,* in support of the petition.

*David W. Schneider* and *Susan J. Bryson,* in opposition.

Decided February 13, 1980

STATE OF CONNECTICUT *v.* FOY HAMMONDS

The defendant's petition for certification for appeal from the Appellate Session of the Superior Court is denied by the court.

*Peter F. Odlum, Howard Scheinblum* and *Arnold E. Bayer,* in support of the petition.

*John F. Kearns,* assistant state's attorney, and *Samuel J. Sferrazza,* deputy assistant state's attorney, in opposition.

Decided February 13, 1980

BARBARA PERSICO *v.* EDWARD MAHER, COMMISSIONER OF INCOME MAINTENANCE

The defendant's petition for certification for appeal from the Superior Court in the judicial district of New Haven is granted by the court.

*Michael A. Arcari,* assistant attorney general, in support of the petition.

Decided February 15, 1980